IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2016 APR 28 AM 10: 06
CLERK C Adams
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CASE NO: CR315-13 |
| ) | |
| KEVIN MCGOWEN ) | |

## ORDER

The indictment filed against Kevin McGowen was dismissed with prejudice on April 14, 2016.

Surety, Edgar Doyle McGowan, has requested the return of the $5,000.00 cash security posted on the defendant's $50,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $5,000.00 posted by Edgar Doyle McGowan for this defendant, plus all accrued interest thereon, be returned to: Doyle McGowan at 517 Blackshear Ferry Road West, Dublin, GA 31021.

This 28th day of April, 2016 at Augusta, Georgia.

DUDLEY H. BOWEN, JR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA